UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB M. BOSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRUCKEE POLICE DEPARTMENT,<br><br>　　　　　Defendant. | Case No.  2:23-cv-02994-JDP (PC)<br><br>**ORDER**<br><br>DIRECTING PLAINTIFF EITHER TO FILE A MOTION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE REQUIRED FILING FEE<br><br>RESPONSE DUE WITHIN THIRTY DAYS |

　　　　Plaintiff, a pretrial detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court,

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are not required to pay the $55.00 administrative fee.

1

or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

    2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:    January 11, 2024                                  
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE