UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB M. BOSLEY,<br><br>              Plaintiff,<br><br>       v.<br><br>TRUCKEE POLICE DEPARTMENT,<br><br>              Defendant. | Case No.  2:23-cv-02994-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF THIRTY DAYS TO FILE A COMPLETE FIRST AMENDED COMPLAINT<br><br>ECF No. 9 |

      Plaintiff filed a first amended complaint against the Truckee Police Department and Kimco Reality.  ECF No. 9.  However, the court only received the first two pages of the complaint.  Given this technical issue, I will grant plaintiff thirty days to file a complete first amended complaint.

      Accordingly, it is ORDERED that:

    1. Within thirty days from the service of this order, plaintiff must file an amended complaint that complies with this order.

    2. The Clerk of Court shall send plaintiff a section 1983 complaint form with this order.

1

IT IS SO ORDERED.

Dated:   July 23, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2