UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB M. BOSLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUCKEE POLICE DEPARTMENT,<br><br>        Defendant. | Case No. 2:23-cv-02994-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION TO CONSOLIDATE AND GRANTING PLAINTIFF THIRTY DAYS TO FILE A COMPLETE FIRST AMENDED COMPLAINT<br><br>ECF No. 11 |

    Plaintiff has filed a motion seeking to consolidate this case with another case, *Bosley v. Truckee Police Department*, 2:23-cv-03006-WBS-AC. ECF No. 11. However, that case was closed on June 26, 2024, because it was duplicative of this case. *Bosley*, 2:23-cv-03006-WBS-AC, ECF No. 7. Because a closed case cannot be consolidated with an open case, I will deny plaintiff's request. In light of this request, I will grant plaintiff thirty days to file an amended complaint.

    Accordingly, it is ORDERED that:

    1. Plaintiff's motion to consolidate, ECF No. 11, is denied.

    2. Within thirty days from the service of this order, plaintiff must file an amended complaint that complies with this order.

3.  The Clerk of Court shall send plaintiff a section 1983 complaint form with this order.

IT IS SO ORDERED.

Dated:   August 15, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE