1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JACOB M. BOSLEY,                              Case No.  2:23-cv-2994-DJC-JDP (P)

12                    Plaintiff,

13          v.                                      ORDER

14    TRUCKEE POLICE DEPARTMENT,

15                    Defendant.

16

17          Plaintiff, a former inmate proceeding pro se, has filed this civil rights action

18    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On March 24, 2025, the Magistrate Judge filed findings and recommendations

21    herein which were served on Plaintiff, and which contained notice to Plaintiff that any

22    objections to the findings and recommendations were to be filed within fourteen

23    days.  Plaintiff has not filed objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United*

25    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

26    are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)

27    ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the

28    district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds

                                            1

the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations, filed March 24, 2025, are adopted in full;

2.  Plaintiff may proceed with the Fourth Amendment claims against Calahan and Yarborough deemed cognizable in the findings and recommendations;

3.  All other claims in the third amended complaint are DISMISSED; and

4.  This matter is referred back to the assigned Magistrate Judge for all further pretrial matters.

IT IS SO ORDERED.

Dated:   **May 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE