1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  JACOB M. BOSLEY,                          Case No.  2:23-cv-2994-DJC-JDP (P)

12                    Plaintiff,

13          v.                                 ORDER

14  TRUCKEE POLICE DEPARTMENT, *et
    al.*,
15
                      Defendants.
16

17

18          Plaintiff is a former county inmate proceeding pro se and *in forma pauperis* in this action

19  seeking relief pursuant to 42 U.S.C. § 1983.

20          On April 7, 2025, the court ordered the U.S. Marshal to serve process upon defendants.

21  The Marshal was directed to attempt to secure a waiver of service before attempting personal

22  service on defendants.  If a waiver of service was not returned within sixty days, the Marshal was

23  directed to effect personal service on the defendant in accordance with the provisions of Rule 4 of

24  the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), without prepayment of costs, and to

25  file the return of service with evidence of any attempt to secure a waiver of service and of all

26  costs incurred in effecting personal service.

27          On August 27, 2025, the U.S. Marshal filed a return of service showing total charges in

28  the amount of $452.00 for effecting personal service on defendants J. Canham and Yarborough.

                                            1

1    The filing also shows that a waiver of service form was mailed to the defendants on April 18,

2    2025, and that no response was received.

3          Rule 4(d) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

4               An individual, corporation, or association that is subject to service
                under Rule 4(e), (f), or (h) has a duty to avoid unnecessary
5               expenses of serving the summons . . . .

6               If a defendant located within the United States fails, without good
                cause, to sign and return a waiver requested by a plaintiff located
7               within the United States, the court must impose on the defendant:

8               (A)  the expenses later incurred in making service; and

9               (B)  the reasonable expenses, including attorney's fees, of any
                motion required to collect those service expenses.
10

11   Fed. R. Civ. P. 4(d)(1), (2)(A), (B).

12         The court finds that defendants J. Canham and Yarborough both failed to return the U.S.

13   Marshal's request for waiver of service.

14         Accordingly, IT IS HEREBY ORDERED that:

15         1.  Within fourteen days from the date of this order, defendants J. Canham and

16   Yarborough shall each pay to the United States Marshal the sum of $452.00 or file a written

17   statement showing good cause for failing to waive service.

18         2.  The Clerk of Court is directed to serve a copy of this order on the U.S. Marshal.

19

20   IT IS SO ORDERED.

21

22   Dated:    September 3, 2025     _____

23                                   JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                        2