1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JACOB M. BOSLEY,                        Case No.  2:23-cv-2994-DJC-JDP

12                  Plaintiff,

13         v.                                 ORDER

14    TRUCKEE POLICE DEPARTMENT, *et al.*,

15

16                  Defendants.

17        For good cause shown in defendants' response, ECF No. 29, the court hereby vacates its

18    September 3, 2025 order, ECF No. 28.

19

20    IT IS SO ORDERED.

21

22    Dated:    September 10, 2025          _____
                                             JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                              1