UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB M. BOSLEY, | Case No. 2:23-cv-2994-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| TRUCKEE POLICE DEPARTMENT, *et al.*, | |
| Defendant. | |

On November 6, 2025, defendants filed a motion to compel and for sanctions. ECF No. 33. To date, plaintiff has not filed a response.[1]

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291

---

[1] On November 20, 2025, plaintiff filed a copy of his felony criminal complaint. ECF No. 35. Plaintiff is informed that discovery responses and requests between the parties should not be filed with the court unless, and until, they are at issue. Instead, discovery responses should be served on the requesting party. Accordingly, the court will not construe plaintiff's November 20, 2025 filing as a response to defendants' motion.

1

1  F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

2      I will give plaintiff a chance to explain why the court should not dismiss the case for his
3  failure to file an opposition or statement of non-opposition to defendants' motion.  Plaintiff's
4  failure to respond to this order will constitute a failure to comply with a court order and will result
5  in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show
6  cause within twenty-one days why this case should not be dismissed for failure to prosecute and
7  failure to comply with court orders.  Should plaintiff wish to continue with this lawsuit, he shall
8  file, within twenty-one days, an opposition or statement of non-opposition to defendants' motion.

IT IS SO ORDERED.

Dated:    January 7, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2