UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOB M. BOSLEY,

　　　　　Plaintiff,

　　v.

J. CANHAM, *et al.*,

　　　　　Defendants.

Case No.  2:23-cv-2994-DJC-JDP (P)

ORDER

Pending is defendants' motion to compel and for sanctions, ECF No. 33, wherein defendants argue that plaintiff has failed to respond to their interrogatories, requests for production of documents, and requests for admission that were served on September 11, 2025. ECF No. 33-1 at 2.  They request terminating sanctions or, in the alternative, an order directing plaintiff to respond to their discovery requests within fifteen days.  *Id.* at 3-7.  Finally, they ask that plaintiff be directed to pay their costs associated with bringing the instant motion.  *Id.* at 10. Plaintiff did not file a timely opposition, and, on January 7, 2026, I entered an order directing him to show cause why this action should not be dismissed for failure to prosecute.  ECF No. 37. Plaintiff responded to that order and, therein, appears to argue that he has already provided all relevant documents with the initial complaint and that, recently, his property was confiscated by jail officials.  ECF No. 38.  I will grant defendants' motion in part and direct plaintiff to respond

1

to all outstanding discovery requests within thirty days of this order's entry.  While plaintiff argues that he does not possess any documents that are not already on the docket, he is still obligated to answer all outstanding interrogatories and requests for admission.  Additionally, he must provide a formal, written answer to each request for production of documents.  I will direct that he do so within thirty days of this order's entry.  Within forty-five days of this order's entry, defendants shall file a status report advising the court if additional time for discovery is needed.

It goes without saying that, at this juncture, I decline to recommend the imposition of terminating sanctions.  If plaintiff fails to comply with this order, however, I will recommend that this action be dismissed.  I also decline to order plaintiff to pay the defendants costs of two-hundred and forty-five dollars.  Plaintiff is an indigent claimant and, unless his financial circumstances have changed drastically since he began this case, is unlikely to be able to pay even relatively modest costs of two-hundred and forty-five dollars.  Thus, an award of costs appears unjust.

Accordingly, it is ORDERED that defendants' motion to compel, ECF No. 33, is GRANTED in part. Within thirty days of this order's entry, plaintiff shall respond, in writing to all of defendants' outstanding discovery requests.  If he fails to do so, I will recommend that this action be dismissed.  Within forty-five days of this order's entry, defendants shall file a status report with the court, advising whether discovery is complete or whether additional time is needed.

IT IS SO ORDERED.

Dated:    March 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2