UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB M. BOSLEY,<br>Plaintiff,<br>v.<br>J. CANHAM, *et al.*,<br>Defendants. | Case No. 2:23-cv-2994-DJC-JDP (P)<br><br><u>ORDER</u> |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed October 16, 2026, ECF No. 49, are adopted in full;

2. Defendants' motion for terminating sanctions, ECF No. 44, is GRANTED;

3. Plaintiff's motion to compel, ECF No. 51, is DENIED as moot;

4. This action is dismissed due to Plaintiff's failure to comply with this discovery obligations; and

5. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

bosl2994.805